PIEGLER, Respondent, v. TERBASS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Herman Piegler against Henry V. Terbass and James W. Dearing. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

PIEGLER, Respondent v. TERBASS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Herman Piegler against Henry V. Terbass and James W. Dearing. No opinion. Judgment of the Municipal Court affirmed, with costs.

PILLION, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by James Pillion, an infant, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not voting.

PORTER, Appellant, v. CALDWELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by David H. Porter against Samuel Caldwell.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 30 days the appellant makes and serves a printed case on appeal and pays the costs of this motion, in which event the motion is denied, without costs.

PURDY et al., Respondents, v. MOORE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Margaret E. Purdy and another against Ormund L. Moore. No opinion. Order affirmed, with costs.

In re QUICK'S WILL. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) In the matter of proving the last will and testament of Lydia Wessels Quick, deceased. No opinion. Decree unanimously affirmed, with costs.

RADLEY et al., Respondents, v. GAYLER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by John J. Radley and others against Clarence W. Gayler and James E. Kelly. J. E. Kelly, for appellants. W. S. Road, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 90 N. Y. Supp. 758.

RAGETTE et al. v. ZIMMER et al. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Elizabeth Ragette and others against Adam Zimmer and others. From a judgment for plaintiffs, defendants appeal. Modified. Alfred Steckler, for appellants. A. C. Hottenroth, for respondents.

PER CURIAM. There does not seem to have been any reason for the bringing of this action.

All the relief to which the plaintiffs are entitled to could have been secured in the action for specific performance. Indeed, it is difficult to see how this action could have been maintained, had a proper objection been interposed in time. We think that the judgment below should be modified, by striking therefrom the costs and disbursements, and, as modified, affirmed, without costs.

RAND v. IOWA CENT. RY. CO. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Ezekiel C. M. Rand against the Iowa Central Railway Company. No opinion. Motion granted.

In re RANDALL. (Supreme Court, Appellate Division, First Department. October 21, 1904.) In the matter of Frank E. Randall. No opinion. Motion denied, with $10 costs.

In re RANDALL. (Supreme Court, Appellate Division, First Department. November 25, 1904.) In the matter of Frank E. Randall. F. E. Blackwell, for appellant. W. P. Butler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RANKIN, Respondent, v. BUSH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by George C. Rankin, as receiver, against John J. Bush and others. C. T. Stagg, for appellants. E. B. Whitney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RAPPAPORT v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Rosa Rappaport against the Metropolitan Street Railway Company. No opinion. Motion denied, on payment of $10 costs.

RECORD, Respondent, v. BEDELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Mary A. Record against Ida Bedell. No opinion. Judgment unanimously affirmed, with costs.

In re REDMOND. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the judicial settlement of the accounts of Thomas F. Redmond, as executor, etc., of James Redmond, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

REDMOND, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Patrick Redmond against the International Paper Company. No opinion. Appeal dismissed, without costs, upon stipulation.

REMAW, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.